# ELECTRONIC RECORD

COA #14-14-00536-CR

OFFENSE: Delivery of a Controlled Substance

STYLE: Gary Deshaun Dent v The State of Texas

COUNTY: Liberty

COA DISPOSITION: Affirmed

TRIAL COURT: 75th District Court

DATE: March 12, 2015   Publish: No

TC CASE #: CR30123

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Gary Deshaun Dent v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___05/20/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___411-15___

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD